IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Slater, Darlene Y | Case Number: 04 B 21723 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 6/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 10, 2008
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,852.00 |  |
| Secured: |  | 6,046.42 |
| Unsecured: |  | 3,922.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,950.00 |
| Trustee Fee: |  | 680.62 |
| Other Funds: |  | 252.00 |
| Totals: | 12,852.00 | 12,852.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jennifer A Blanc Douge | Administrative | 1,950.00 | 1,950.00 |
| 2. | Onyx Acceptance Corp | Secured | 6,046.42 | 6,046.42 |
| 3. | Onyx Acceptance Corp | Unsecured | 166.48 | 277.65 |
| 4. | Cavalry Portfolio Services | Unsecured | 883.65 | 1,473.76 |
| 5. | RoundUp Funding LLC | Unsecured | 700.57 | 1,168.37 |
| 6. | Merrick Bank | Unsecured | 137.05 | 228.57 |
| 7. | Capital One | Unsecured | 235.62 | 392.94 |
| 8. | Capital One | Unsecured | 90.81 | 151.53 |
| 9. | RoundUp Funding LLC | Unsecured | 138.00 | 230.14 |
| 10. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 11. | Household Bank FSB | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Household Bank FSB | Unsecured | | No Claim Filed |
| 14. | Wachovia Bank | Unsecured | | No Claim Filed |
| 15. | Retailers National Bank | Unsecured | | No Claim Filed |
| | | | $ 10,348.60 | $ 11,919.38 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Slater, Darlene Y | Case Number:  04 B 21723 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/29/08 | Filed:  6/7/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 147.41 |
| 4% | 30.24 |
| 3% | 22.67 |
| 5.5% | 124.75 |
| 5% | 37.80 |
| 4.8% | 72.59 |
| 5.4% | 245.16 |
| | $ 680.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

